IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01241-MSK-KMT

DARLENE STANLEY,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Stipulated Motion for Dismissal of All Claims With Prejudice (Motion) **(#22)** filed May 6, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims brought or which could have been brought in this action by Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorneys fees and costs.

DATED this 13th day of May, 2013.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          Chief United States District Judge